DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
PAUL S. PADDA
Assistant United States Attorney
Nevada State Bar No. 10417
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Facsimile: (702)388-6787
*blaine.welsh@usdoj.gov*
*paul.padda@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. GALINDO, and JANAE GALINDO,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:09-cv-01893-JCM-RJJ |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

. . .

. . .

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that
2  the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs
3  and attorney fees.

5  Respectfully submitted,

6  DANIEL G. BOGDEN
7  United States Attorney

8  /s/ Paul S. Padda
9  PAUL S. PADDA
   Assistant United States Attorney
10 Attorneys for United States of America

   Michael D. Galindo, Plaintiff

   Date: 7/25/10

12 Date: July 27, 2010

   /s/ J. Galindo
   Janae Galindo, Plaintiff

   Date: 7/25/10

19 IT IS SO ORDERED:

20 /s/ James C. Mahan
21 UNITED STATES DISTRICT JUDGE

22 DATED: July 29, 2010

2